IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.,

        Plaintiff,

     v.

SHARI'S MANAGEMENT CORPORATION,

        Defendant.

Case No. 3:25-cv-00744-JR

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge Russo issued a Findings and Recommendation on October 30, 2025, in which she recommends that the Court grant Plaintiff's Motion for Default Judgment. F&R, ECF No. 12. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [12]. Accordingly, Plaintiff's Motion for Default Judgment [10] is GRANTED. Plaintiffs are directed to file a proposed judgment and to send a Word document version to ABpropdoc@ord.uscourts.gov.

IT IS SO ORDERED.

DATED this 12th day of December, 2025.

AMY M. BAGGIO
United States District Judge

2 – ORDER